# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

25-1013

**UNITED STATES OF AMERICA**

v.

**ALISSA A. RATH**

Magistrate Case No. E2064635 (Class A)

**C O M P L A I N T**
Offense on a Federal Reservation

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **11th day of November 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ALISSA A. RATH** did commit:

Assaulting, resisting, or impeding certain officers in violation of 18 U.S.C. 111.

The name of the Complainant is **Luke D. Wilson.**

---
**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 16TH DAY OF DECEMBER 2024.

---
**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 November, 20 24 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

While operating as Police-6, I, Officer Elizabeth A. Evans, Badge # 68019, was dispatched to 42490 Crander Way for a report of child endangerment. Upon arrival, I observed the defendant resist arrest by thrashing her body and kicking her legs when detained by P/Sgt Orban. Defendant ignored P/Sgt Orban's verbal command to get on the ground and attempted to strike P/Sgt Orban with a closed fist. Defendant then struck P/Sgt Orban in the groin and stomach. Defendant has a mandatory court appearance scheduled for 15 January, 2025.

The foregoing statement is based upon:
[X] my personal observation   [ ] my personal investigation
[X] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/11/2024
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/02/2024 10:46